AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 29, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)  Case No.  7-24-mj-128
INFORMATION ASSOCIATED WITH ROBERT EARLS JR. AND DIANE EARLS THAT IS STORED AT PREMISES CONTROLLED BY NEST LABS )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the  Northern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343, 1349 | Wire Fraud, Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. §§ 1956, 1957 | Concealment Money Laundering, Engaging in Transactions Derived from SUA |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Richard A. Miller, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  telephone  *(specify reliable electronic means)*.

Date:  08/29/2024

*Judge's signature*

City and state:  Roanoke, Virginia    Hon. C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*