7-24-mj-128

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Diane Earls, Robert Earls Jr.; and the email addresses 2dianeearls@gmail.com, robertearlsjr@yahoo.com, or rjearlsjr@gmail.com that is stored at premises owned, maintained, controlled, or operated by Nest Labs, Inc. ("Nest"), a video surveillance company owned by Google LLC and headquartered at 3400 Hillview Avenue, Palo Alto, California.