AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH ROBERT EARLS JR. AND DIANE EARLS THAT IS STORED AT PREMISES CONTROLLED BY NEST LABS )

Case No. 7-24-mj-128

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   __Northern__   District of   __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   __September 12, 2024__   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   __the Hon. C. Kailani Memmer__   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   08/29/2024 2:20 pm                                *[signature]*
                                                                          *Judge's signature*

City and state:   Roanoke, Virginia            Hon. C. Kailani Memmer, United States Magistrate Judge
                                                *Printed name and title*

Case 7:24-mj-00128-CKM   Document 4   Filed 09/17/24   Page 2 of 2   Pageid#: 44

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

September 17, 2024

LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 7-24-mj-128 | 09/03/2024  1300 | N/A |

Inventory made in the presence of:
N/A  submitted to Google's Law Enforcement Portal

Inventory of the property taken and name(s) of any person(s) seized:

Settings + billing data for:
1) 2dianeearls@gmail.com
2) robertearlsjr@yahoo.com
3) rjearlsjr@gmail.com

**Received in Chambers
By Reliable Electronic Means**

September 17, 2024 at 2:55pm

**Hon. C. Kailani Memmer
United States Magistrate Judge**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/17/2024

*Executing officer's signature*

FBI SA Richard Miller
*Printed name and title*